# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**UNITED STATES OF AMERICA**

v.   Criminal No. 2:10cr33

**RONNY ALVAREZ,**
**Defendant.**

## OPINION AND ORDER

Presently before the Court is Defendant Ronny Alvarez's ("Defendant") Motion for Transcripts, which is denied at this time.

Defendant pled guilty on April 26, 2010, to Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base. On August 9, 2010, the Court sentenced Defendant to a term of two hundred twenty (220) months imprisonment and imposed a term of supervised release of five (5) years. On January 30, 2012, Defendant filed the instant motion.

Longstanding precedents hold that a prisoner seeking free copies of records in a criminal case must show a particularized need for such records. *See, e.g., Jones v. Superintendent, Virginia State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972); *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963) ("An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw."). Here, Petitioner has not met this burden. In fact, Petitioner has not supplied the Court with any reason as to why he needs access to the information he has requested.

Therefore, Petitioner's Motion for Transcripts is **DENIED**. The Clerk is **DIRECTED** to deliver a copy of this Order to Petitioner and to the United States Attorney's Office.

It is so **ORDERED**.

February 8, 2012
Norfolk, Virginia

/s/
Robert G. Doumar
Senior United States District Judge